IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-02630-WJM-MEH | Date:   January 10, 2013 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| ROY WAKE, | John Holland |
| | Jordana Gingrass |
| Plaintiff, | |
| vs. | |
| SSC GREELEY CENTENNIAL OPERATING COMPANY, LLC, and | Laurie Rust |
| SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, | Heidi Chesley |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     9:35 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Modify Scheduling Order to Convert January 10, 2013 Final Pretrial Conference into Status Conference, Permit Limited Additional Discovery, and Reset the Dispositive Motion Deadline (Doc. 64, filed 1/2/13).

**ORDERED:**   For reasons stated on the record, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion to Modify Scheduling Order to Convert January 10, 2013 Final Pretrial Conference into Status Conference, Permit Limited Additional Discovery, and Reset the Dispositive Motion Deadline (Doc. 64, filed 1/2/13) as follows:

   1. Defendants are permitted to take the deposition of Nurse Maria Arrellano. The Court will not limit the scope of Nurse Arrellano's deposition.  The deposition is limited to seven (7) hours.

   2. Plaintiff is permitted to take the depositions of Mr. Castillo and Ms. Black. The depositions are limited to 1½ hour for each deponent.  The documents relating to Mr. Castillo's responsibilities and job description will be produced.

   3. The deadline for the discovery ordered today is **March 15, 2013.**

      4.     The dispositive motion deadline (punitive damages claim only) is **March 25, 2013.** Defendants shall file a response to the motion on or before **April 8, 2013**. Plaintiff may file a reply on or before **April 12, 2013**.

      5.     The Final Pretrial Conference is reset for **April 22, 2013, at 10:00 a.m.**

**ORDERED:** Plaintiff's counsel shall be awarded their costs associated with filing a response to Defendants' Motion to Modify Scheduling Order to Convert January 10, 2013 Final Pretrial Conference into Status Conference, Permit Limited Additional Discovery, and Reset the Dispositive Motion Deadline (Doc. 64, filed 1/2/13). Counsel shall file an affidavit of attorneys' fees and costs.

**Court in recess:**    **10:26 a.m.**  **(Hearing concluded)**
**Total time in court:**  0:51