IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02630-WJM-MEH

ROY WAKE

Plaintiff,
v.

SSC GREELEY CENTENNIAL OPERATING COMPANY, LLC, a Delaware Limited Liability Company; and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, a Delaware Limited Liability Company.

Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roy Wake and Defendants SSC Greeley Centennial Operating Company LLC d/b/a Centennial Healthcare Center and SavaSeniorCare Administrative Services, LLC respectfully submit this Joint Notice of Settlement pursuant to the Court's October 29, 2013 Order. [ECF No. 102]

The parties respectfully report that a Settlement Agreement has been reached by all parties. A meeting of the minds has been reached as to all material terms of the Settlement Agreement. The Settlement Agreement finally and fully resolves all remaining claims in this action. Settlement will be completed by the end of November 2013 and appropriate final dismissal papers filed shortly thereafter.

WHEREFORE the parties respectfully request that the Court VACATE the Final Trial Preparation Conference and Trial dates, as well as all related filing deadlines.

Dated this 8th day of November 2013.

*/s/ John R. Holland*
John R. Holland, Esq.
Anna Holland-Edwards
Erica T. Grossman
Law Offices of John R. Holland, P.C.
1437 High Street
Denver, Colorado 80218

*/s/ Jerome M. Reinan*
Jerome M. Reinan, Esq.
Jordana Griff Gingrass, Esq.
Law Offices of J.M. Reinan, P.C.
1437 High Street
Denver, Colorado 80218
Attorneys for Plaintiff

*/s/ Laurie J. Rust*
Thomas B. Quinn, Esq.
Laurie J. Rust, Esq.
GORDON & REES LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below this 8th day of November 2013:

John R. Holland, Esq.
Anna Holland-Edwards
Erica T. Grossman
Law Offices of John R. Holland, P.C.
1437 High Street
Denver, Colorado 80218

Jerome M. Reinan, Esq.
Jordana Griff Gingrass, Esq.
Law Offices of J.M. Reinan, P.C.
1437 High Street
Denver, Colorado 80218
*Attorneys for Plaintiff*

                                            /s/ Laurie J. Rust