IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02630-WJM-MEH

ROY WAKE

Plaintiff,
v.

SSC GREELEY CENTENNIAL OPERATING COMPANY, LLC, a Delaware Limited Liability Company; and SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC, a Delaware Limited Liability Company.

Defendants.

## JOINT STATUS REPORT AND MOTION TO EXTEND DEADLINE TO FILE FINAL DISMISSAL PAPERS

Plaintiff Roy Wake and Defendants SSC Greeley Centennial Operating Company LLC d/b/a Centennial Healthcare Center and SavaSeniorCare Administrative Services, LLC respectfully submit this Joint Status Report and Motion to Extend Deadline to File Final Dismissal Papers pursuant to the Court's November 8, 2013 Order. [ECF No. 104]

The parties respectfully report that the parties have executed a Settlement Agreement. The Settlement Agreement fully and finally resolves all claims. Due to an unforeseen administrative delay on the part of Defendants, payment pursuant to the terms of the Settlement Agreement has been delayed. A wire transfer is scheduled for December 13, 2013 to make payment as required by the Settlement Agreement. Accordingly, counsel will file final dismissal paperwork by December 17, 2013.

1

WHEREFORE the parties respectfully request that the Court EXTEND the deadline to file final dismissal paperwork up to and including December 17, 2013.

Dated this 6th day of December 2013.

/s/ John R. Holland
John R. Holland, Esq.
Anna Holland-Edwards
Erica T. Grossman
Law Offices of John R. Holland, P.C.
1437 High Street
Denver, Colorado 80218

/s/ Jerome M. Reinan
Jerome M. Reinan, Esq.
Jordana Griff Gingrass, Esq.
Law Offices of J.M. Reinan, P.C.
1437 High Street
Denver, Colorado 80218
Attorneys for Plaintiff

/s/ Laurie J. Rust
Thomas B. Quinn, Esq.
Laurie J. Rust, Esq.
GORDON & REES LLP
555 Seventeenth St., Suite 3400
Denver, CO 80202
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below this 6th day of December 2013:

John R. Holland, Esq.
Anna Holland-Edwards
Erica T. Grossman
Law Offices of John R. Holland, P.C.
1437 High Street
Denver, Colorado 80218

Jerome M. Reinan, Esq.
Jordana Griff Gingrass, Esq.
Law Offices of J.M. Reinan, P.C.
1437 High Street
Denver, Colorado 80218
*Attorneys for Plaintiff*

                                                                                        */s/ Laurie J. Rust*